MARK J. HANNON SBN: 107829
Attorney At Law
1114 W. Fremont St.
Stockton, California, 95203
Telephone: (209) 942-2229
Facsimile: (209) 942-3973
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

Cora Bustamonte
*on behalf of Samantha Salazar, a minor*

        Plaintiff,

        vs.

COMMISSIONER OF SOCIAL SECURITY
*Michael Astrue*

        Defendant.
_____/

CASE NO. 2:08-cv-02310-CMK

STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the permission of the Court as indicated below, that Plaintiff's time to file a motion for summary judgment is hereby extended from the present due date of April 24, 2009, to a new filing date of May 24, 2009

Plaintiff needs additional time to prepare the motion for summary judgment.

For the above stated reasons, the parties request that the Court grant the requested extension. This is the first request to extend Plaintiff's deadline to file a motion for summary judgment.

DATED: April 11, 2009                                            __/s/ Mark J Hannon_____
                                                                                         MARK J HANNON
                                                                                         Attorney for Plaintiff

|   |   |
|---|---|
|   | LUCILLE GONZALES, MEIS<br>Chief Counsel, Region IX |
| DATED: April 14, 2009 | By: /s/ *Leo R. Montenegro*<br>LEO R. MONTENEGRO<br>Special Assistant United States Attorney<br>Social Security Administration |

OF COUNSEL:

LAWRENCE G. BROWN
ACTING UNITED
STATES ATTORNEY

BOBBIE J. MONTOYA
Assistant U.S. Attorney

                                      Attorneys for Defendant

## ORDER

For good cause shown, the requested extension of Plaintiff's time to file a motion for summary judgment in <u>Bustamonte v Astrue</u>, 2:08-cv-02310-CMK is hereby approved. Plaintiff shall file her motion for summary judgment by May 24, 2009.

SO ORDERED.

DATED: April 22, 2009

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE