1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant U.S. Attorney
   333 Market Street, Suite 1500
5  San Francisco, CA 94105
   Telephone: (415) 977-8943
6  Fax: (415) 744-0134

7  Attorneys for Respondent

8               IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10 CORA BUSTAMONTE            ) Case No. 2:08-cv-02310-CMK
   o/b/o S.S., a minor        )
11                            )
                Plaintiff,    )
12                            ) STIPULATION AND ORDER
        vs.                   )
13                            )
   MICHAEL J. ASTRUE,         )
14 Commissioner of Social     )
   Security,                  )
15                            )
                Defendant.    )
16 ─────────────────────────────)

17     The parties hereby stipulate by counsel, with the Court's

18 approval as indicated by issuance of the attached Order, that the

19 respondent Commissioner of Social Security shall have a **FIRST**

20 extension of time of 60 days to respond to Plaintiff's motion for

21 summary judgment [Docket No. 16].  The undersigned Assistant

22 Regional Counsel apologizes for any inconvenience caused by this

23 request.  The undersigned is currently supervising attorneys as

24 well as monitoring his own cases and those of two other Assistant

25 Regional Counsel who have left the office.  This case will also

26 require additional review, as it involves a minor's claim for

27 benefits.  The current due date was June 18, 2009.  The new due

28

1   date will be August 17, 2009.

2       The parties further stipulate that the Court's Scheduling

3   Order shall be modified accordingly.

4

5   DATE:   7/17/09          /s/ Mark J. Hannon (as authorized

6                           July 17, 2009)
                            MARK J. HANNON
                            Attorney at Law
7
                            Attorney for Plaintiff
8

9   DATE:   7/20/09          LAWRENCE G. BROWN

10                          Acting United States Attorney
                            LUCILLE GONZALES MEIS
                            Regional Chief Counsel, Region IX
11
                    By:     /s/ Leo R. Montenegro
12                          LEO R. MONTENEGRO
                            Special Assistant U.S. Attorney
13
                            Attorneys for Defendant
14

15

16

17                          ORDER

18
        APPROVED AND SO ORDERED.
19

20   DATED:   July 20, 2009

21

22                          _____

23                          **CRAIG M. KELLISON**
                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28