```
 1  MARK J. HANNON SBN: 107829
    Attorney At Law
 2  1114 W. Fremont St.
    Stockton, California, 95203
 3  Telephone: (209) 942-2229
    Facsimile: (209) 942-3973
 4  Attorney for Plaintiff
 5
 6
 7
 8  UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
 9
10
    Cora Bustamonte
11  on behalf of Samantha S., a minor        CASE NO. 2:08-cv-02310-CMK
12           Plaintiff,                      STIPULATION AND
                                             ORDER EXTENDING PLAINTIFF'S
13       vs.                                 TIME TO FILE A MOTION FOR
                                             SUMMARY JUDGMENT
14  Commissioner of Social Security
    Michael Astrue
15
16           Defendant.
    _____/
17
```

18   IT IS HEREBY STIPULATED by and between the parties, through their respective

19  undersigned attorneys, with the permission of the Court as indicated below, that Plaintiff's time to

20  file a reply brief is hereby extended from the present due date of September 8, 2009, to a new filing

21  date of September 28, 2009.

22   Plaintiff needs 20 additional days in which to file a reply brief. She received one extension

23  of 30 days to file her motion for summary judgment and did so within the courts deadline.

24  This is a child's case, and there are substantive issues to address.

25   For the above stated reasons, the parties request that the Court grant the requested extension.

26

27
    DATED: August 24, 2009                        __/s/ Mark J Hannon_____
28                                                MARK J HANNON
                                                  Attorney for Plaintiff

|   |   |   |
|---|---|---|
| 1 |  | LUCILLE GONZALES, MEIS |
| 2 |  | Chief Counsel, Region IX |
| 3 | DATED: August 24, 2009 | By: /s/ *Leo R. Montenegro* |
| 4 |  | LEO R. MONTENEGRO |
|   |  | Special Assistant United States Attorney |
| 5 |  | Social Security Administration |

OF COUNSEL:

LAWRENCE G. BROWN
ACTING UNITED
STATES ATTORNEY

BOBBIE J. MONTOYA
Assistant U.S. Attorney

Attorneys for Defendant

## ORDER

For good cause shown, the requested extension of Plaintiff's time to file a motion for summary judgment in <u>Bustamonte v Astrue</u>, 2:08-cv-02310-CMK is hereby approved. Plaintiff shall file her reply brief by September 28, 2009.

SO ORDERED.

DATED: August 28, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE